SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No.
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRED FEREIDON NASSIRI, and SETAREH K. CHENANI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as U.S. Secretary of State; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTY NOEM, in her capacity as U.S. Secretary of Homeland Security; FEDERAL BUREAU OF INVESTIGATION; BRIAN DRISCOLL, in his official capacity as Acting Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:25-cv-565<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint** |

Plaintiffs Fred Nassiri and Setareh Chenani, and Federal Defendants (the "Parties"), through their undersigned counsel, stipulate and agree to an extension of time for Federal Defendants to file an answer or respond to Plaintiffs' Complaint, extending the response deadline from **June 2, 2025, through June 10, 2025**.

This extension is made in good faith. Federal Defendants' counsel needs the additional time to review and formulate a response to Plaintiffs' Complaint to accommodate her existing case load due to staffing shortages and conflicting deadlines on other matters she is handling.

Accordingly, the Parties respectfully request that the deadline for Federal Defendants to file an answer or respond to Plaintiff's Complaint be extended from **June 2, 2025, through June 10, 2025**.

Respectfully submitted this 29th day of May 2025.

| | |
|---|---|
| LAW OFFICE OF SABRINA DAMAST, INC. | SIGAL CHATTAH<br>United States Attorney |
| */s/ Sabrina Damast*<br>SABRINA DAMAST<br>California Bar No. 305710 (pro hac vice pending)<br>510 W. 6th Street, Ste 330<br>Los Angeles, CA 90014<br>*Attorney for Plaintiffs* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorneys<br>*Attorneys for Federal Defendants* |
| SULL & ASSOCIATES | |
| */s/ Hardeep Sull*<br>HARDEEP SULL<br>Nevada Bar No. 12018<br>3753 Howard Hughes Pkwy, Ste 200<br>Las Vegas, NV 89169<br>*Attorney for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5-30-25