Sabrina Damast (CA SBN #305710) (admitted pro hac vice)
Law Office of Sabrina Damast, Inc.
510 West 6th Street, Suite 330
Los Angeles, CA 90014
Telephone: (323) 475-8716
Email: sabrina@sabrinadamast.com

Humberto R. Gray (CA SBN # 134937) (admitted pro hac vice)
Humberto R. Gray, PLLC
11726 San Vicente Blvd, Suite 760
Los Angeles, CA 90049
Telephone: (310) 447-6577
Email: hrg@graylaw.com

Hardeep Sull (NV SBN #12018) (local counsel)
Sull & Associates, PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 953-9500
Email: dee@sullglobal.com

Counsel for Plaintiffs
Fred Fereidon Nassiri
Setareh Koochaki Chenani

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED FEREIDON NASSIRI, and SETAREH K. CHENANI<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as U.S. Secretary of State; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTY NOEM, in her capacity as U.S. Secretary of Homeland Security; FEDERAL BUREAU OF INVESTIGATION; BRIAN DRISCOLL, in his official capacity as Acting Director of the Federal Bureau of Investigation, | Case No. 2:25-cv-00565-APG-MDC<br><br>**Order to Extend Time for Plaintiffs to Respond to Defendants' Motion to Dismiss**<br><br>**First Request** |

Defendants.

Plaintiffs Fred Nassiri and Setareh Chenani, and Federal Defendants (the "Parties"), through their undersigned counsel, stipulate and agree to an extension of time for Plaintiffs to respond to Federal Defendants' motion to dismiss, extending the response deadline from **June 24, 2025, through July 8, 2025**.

This extension is made in good faith. Plaintiffs' counsel, Sabrina Damast, will be out of the country on a long-planned vacation from June 15, 2025 to June 25, 2025, and needs the additional time to review and formulate a response to Defendants' Motion to Dismiss.

Accordingly, the Parties respectfully request that the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss be extended from **June 24, 2025, through July 8, 2025**.

Respectfully submitted this 13th day of June, 2025.

| | |
|---|---|
| LAW OFFICE OF SABRINA DAMAST, INC. | SIGAL CHATTAH<br>United States Attorney |
| */s/Sabrina Damast*<br>SABRINA DAMAST<br>California Bar No. 305170<br>510 West 6th Street, Suite 330<br>Los Angeles, CA 90014<br>*Attorney for Plaintiffs* | */s/Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorneys<br><br>*Attorneys for Federal Defendants* |

1
2                    IT IS SO ORDERED:
3
4
                     CHIEF UNITED STATES DISTRICT JUDGE
5
6
                     DATED: June 16, 2025
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28